William J. Pieczynski, Appellant, v. Stanley Pieczynski, Individually and as Executor of Estate of Pelagia Pieczynski, Deceased, et al., Appellees.

Gen. No. 42,969.

opinion filed September 11, 1944. Cloyes & Cavender, of Chicago, for appellant; Joseph F. Elward, of Chicago, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.